SADIE F. HALL, Respondent, *v.* FIRST NATIONAL BANK OF KENMORE, Appellant.

(Argued February 17, 1930; decided March 18, 1930.)

*Charles B. Wheeler* and *Harold V. Cook* for appellant.

*Selby G. Smith, John W. Van Allen* and *Sunderland P. Gardner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.